# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wingate, Henry T. | U.S.D.C. (Miss. Southern) | 08/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

501 East Court Street, Suite 6.750
Jackson, MS 39201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Mississippi College School of Law, Jackson, MS, as of January 2001 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 08/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 08/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wingate, Henry T.** | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trustmark Nat'l Bank, Jackson, MS (CDs/ Savings/IRA) | A | Interest | L | T | | | | | |
| 2. Computershare Trust Company Stock | A | Dividend | K | T | | | | | |
| 3. Jackson National Variable Annuity (H) | | | | | | | | | |
| 4. -- JNL/American Bal Allocation | B | Int./Div. | K | T | | | | | |
| 5. -- JNL/American Growth-Income | B | Int./Div. | K | T | | | | | |
| 6. -- JNL/American New World | A | Int./Div. | K | T | | | | | |
| 7. -- JNL/BlackRock Glbl Allocation | C | Int./Div. | K | T | | | | | |
| 8. -- JNL/Fr Temp Glbl Multi Bond | A | Int./Div. | J | T | | | | | |
| 9. -- JNL/Fr Temp Income | A | Int./Div. | K | T | | | | | |
| 10. -- JNL/PimCO Total Ret Bond | A | Int./Div. | J | T | | | | | |
| 11. -- JNL/PPM America High Yld Bond | A | Int./Div. | J | T | | | | | |
| 12. -- JNL/S&P Managed Moderate Gr | B | Int./Div. | L | T | | | | | |
| 13. IRA-1 (H) | | | | | | | | | |
| 14. - LPL Insured Cash Acct (IRA) | A | Interest | J | T | | | | | |
| 15. - Franklin/Temple Mutual Beacon (IRA) | C | Dividend | L | T | | | | | |
| 16. -LPL Insured Cash Acct (investment) | A | Interest | J | T | | | | | |
| 17. - Lsi Logic Corp. (f/k/a Agere Systems, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wingate, Henry T.** | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - General Electric Company | A | Dividend | J | T | | | | | |
| 19. - Growth Fund of America | D | Dividend | K | T | | | | | |
| 20. - Franklin Income Fund Class C | D | Dividend | M | T | | | | | |
| 21. Pimco Income | A | Dividend | J | T | | | | | |
| 22. LPL IRA - (H) | | | | | | | | | |
| 23. - Franklin Square Investment Corp III | A | Int./Div. | K | T | | | | | |
| 24. - General Electric | B | Dividend | J | T | | | | | |
| 25. REAL ESTATE: (H) | | | | | | | | | |
| 26. - Parcel 1, Jackson, Hinds County, MS | | None | K | W | | | | | |
| 27. - Parcel 2, Jackson, Hinds County, MS | | None | K | Q | | | | | |
| 28. - Parcel 3, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 29. - Parcel 4, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 30. - Parcel 6, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 31. - Parcel 7, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 32. - Parcel 8, Jackson, Hinds County, MS | A | Rent | K | W | | | | | |
| 33. - Parcel 9, Jackson, Hinds County, MS | | None | K | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wingate, Henry T.** | 08/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes for Part VII:
Real Estate:
Line 28: Parcel 2, Jackson, Hinds County, MS:
Date of Appraisal: September 12, 1992
Line 30: Parcel 4, Jackson, Hinds County, MS:
Date of Appraisal: November 20, 1992
Line 31: Parcel 6, Jackson, Hinds County, MS:
Date of Appraisal: April 21, 1994
Line 32: Parcel 7, Jackson, Hinds County, MS:
Date of Appraisal: April 21, 1994

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry T. Wingate**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544